# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Chapter 7 |
| LESLEY JOANNA PERCEVAL | Case No.: 19-19670 JGR |
| Debtor. | |
| LESLEY JOANNA PERCEVAL | Adversary Case No.: 20-01113 JGR |
| Plaintiff, | |
| vs. | |
| ACTION CARE AMBULANCE, INC. and EMS BILLING SOLUTIONS, INC. | |
| Defendants. | |

### PLAINTIFF'S NOTICE OF DISMISSAL OF CASE

Debtor Lesley J Perceval ("Plaintiff"), by and through counsel, Matt McCune, files her notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff, Lesley J Perceval, hereby dismisses this action.

1

2. On 4/15/20, plaintiff sued the defendants.
3. Defendants have not served an answer or motion for summary judgment.
4. This case is not governed by any federal statute that requires a court order for dismissal of the case.
5. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.
6. This dismissal is WITHOUT PREJUDICE.

RESPECTFULLY SUBMITTED this 12th day of May, 2020.

*/s/ Matt McCune*

Matt McCune
Attorney for Plaintiff
6635 S. Dayton St. Ste. 320
Greenwood Village, CO 80111
Phone 303-759-0728
matt@mccunelegal.com

## CERTIFICATE OF MAILING

I hereby certify that on the 12th day of May, 2020, I placed a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF DISMISSAL in the United States Mail, postage prepaid and addressed to:

Action Care Ambulance, Inc.
14854 E. Hinsdale Ave, Unit #H
Centennial, CO 80112

Action Care Ambulance
PO Box 350940
Westminster, CO 80035

Action Care Ambulance, Inc.
PO Box 2439
Parker, CO 80134

Action Care Ambulance, Inc.
2721 W. Oxford Ave
Englewood, CO 80110

Morgan Powell c/o Action Care Ambulance, Inc.
14854 E. Hinsdale Ave, Unit #H
Centennial, CO 80112

EMS Billing Solutions, Inc.
8021 Sheridan Blvd, C-200
Arvada, CO 80003

Gaylene J Garcia-Kabel c/o EMS Billing Solutions, Inc.
8021 Sheridan Blvd, C-200
Westminster, CO 80031


By: *Charles Holmes*